**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JESSICA DADISMAN, | Case No.: 2:18-cv-10119-PSG-PLA |
| Plaintiff, | |
| vs. | **ORDER RE STIPULATED PROTECTIVE ORDER RE DISCLOSURE OF JUVENILE CASE FILES** |
| COUNTY OF LOS ANGELES, a public entity; AMY HAN FUJIMOTO, an individual; MARIA RAMIREZ, an individual; CARINA CARMONA, an individual; DOES 1 through 20, inclusive, | |
| Defendants. | |

/ / /

/ / /

**ORDER RE STIPULATED PROTECTIVE ORDER**

Having considered the papers, and finding that good cause exists, the Parties' Stipulated Protective Order, re: Disclosure of Juvenile Case Files is **granted**.

**IT IS SO ORDERED**.

DATED: ___March 5___, 2020

By: _____
Honorable Paul L. Abrams
United States Magistrate Judge

HOA.102754598.1

- 2 -
ORDER RE STIPULATED PROTECTIVE ORDER RE
DISCLOSURE OF JUVENILE CASE FILES